**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-CV-01473 (PLF) |
| | ) | |
| DYNCORP INTERNATIONAL LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

The United States of America ("United States") and DynCorp International LLC ("DI") respectfully submit this Joint Status Report in response to the Court's January 26, 2024 Order that the parties file a joint status report informing the Court of proposed redactions for public filing of the Opinion filed under seal. Dkt. Nos. 152. The parties have conferred and agree that no redactions are necessary on the Court's January 26, 2024 Opinion ruling on the parties' Motions to Exclude Expert Testimony, and so propose that the Opinion be made public in its entirety.

Dated: February 8, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Jeffrey McSorley* | */s/ Vincent H. Cohen, Jr.* |
| Benjamin Young | Vincent H. Cohen, Jr. |
| Jeffrey McSorley | Benjamin E. Rosenberg |
| Attorneys | May K. Chiang |
| United States Department of Justice | Dechert LLP |
| Civil Division | 1900 K Street, NW |
| Ben Franklin Station | Washington, D.C. 20006-1110 |
| PO Box 261 | Tel: (202) 261-3300 |
| Washington, D.C. 20044 | Fax: (202) 261-3333 |
| Tel: (202) 616-0291 | vincent.cohen@dechert.com |
| Fax: (202) 514-7361 | benjamin.rosenberg@dechert.com |
| | may.chiang@dechert.com |
| Darrell C. Valdez | |
| Assistant United States Attorney | *Counsel for DynCorp International* |
| Civil Division | *LLC* |
| Judiciary Center Building | |
| 601 D Street, NW | |
| Washington, DC 20530 | |
| Tel: (202) 252-2507 | |

*Counsel for the United States of America*