THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 16-CV-01473 (PLF) |
| DYNCORP INTERNATIONAL LLC, | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS Plaintiff, the United States of America ("United States"), and Defendant, DynCorp International, LLC ("DynCorp") (together, the "Parties"), entered into a settlement agreement in the above-captioned action dated April 9, 2025.

IT IS HEREBY STIPULATED AND JOINTLY AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the United States and DynCorp, as represented by their undersigned counsel, that the action be dismissed in its entirety with prejudice, including claims by any party for an award by this Court of costs or attorney's fees. Each party shall bear its own costs and attorney's fees in connection with the action.

Dated: April 29, 2025

Respectfully submitted,

| | |
|---|---|
| */s/* | */s/* |
| Benjamin Young | Vincent H. Cohen, Jr. |
| Jeffrey McSorley | Benjamin E. Rosenberg |
| Attorneys | May K. Chiang |
| United States Department of Justice | Dechert LLP |
| Civil Division | 1900 K Street, NW |
| Ben Franklin Station | Washington, D.C. 20006-1110 |
| PO Box 261 | Tel: (202) 261-3300 |
| Washington, D.C. 20044 | Fax: (202) 261-3333 |
| Tel: (202) 616-0291 | vincent.cohen@dechert.com |
| Fax: (202) 514-7361 | benjamin.rosenberg@dechert.com |
| | may.chiang@dechert.com |
| Darrell C. Valdez | |
| Assistant United States Attorney | *Counsel for DynCorp International, LLC* |
| Civil Division | |
| Judiciary Center Building | |
| 601 D Street, NW | |
| Washington, DC 20530 | |
| Tel: (202) 252-2507 | |

*Counsel for the United States of America*